UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 2:15-CR-173-FtM-38CM

CARLOS EUGENIO PRICE

_____/

**ORDER**[1]

This matter comes before the Court on review of the United States of America's Motion for Stay and Review and Revocation of Order of Release (Doc. #15) filed on January 27, 2016.  Defendant Carlos Eugenio Price filed a Response to the Government's Motion (Doc. #16) on the same day.  This matter is ripe for review.

Last month, a federal grand jury indicted Defendant of conspiracy to possess with intent to distribute 500 grams or more of cocaine and possession with intent to distribute 500 grams or more of cocaine in violation of federal law.  On January 20, 2016, Defendant had an initial appearance and arraignment.  (Doc. #8).  Five days later, United States Magistrate Judge Carol Mirando held a detention hearing that resulted in an order releasing Defendant on a $50,000 unsecured appearance bond with his wife as a third-party custodian.  (Doc. #12; Doc. #13).  The Government objected to the release bond and moved for it to be stayed pending an appeal to this Court.  Judge Mirando stayed Defendant's release until the close of business on January 27, 2016, and ordered him to

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

remain in the custody of the United States Marshal pending this Court's decision on the release bond. (Doc. #12).

As a result, the Government now moves this Court to revoke the order of release and detain Defendant pending trial. (Doc. #15). Given Defendant's looming release deadline, the Government also requests that this Court stay Judge Mirando's release order until it can rule on the merits of the instant motion. (Doc. #15).

Upon careful consideration, the Court finds good cause to stay the order of Defendant's release (Doc. #12) until it may review and rule on the bond releasing Defendant.

Accordingly, it is now

**ORDERED:**

The United States of America's Motion for Stay and Review and Revocation of Order of Release (Doc. #15) is **GRANTED in part** only to the extent that the Release Bond and Order Setting Conditions of Release (Doc. #13) is **STAYED**. The Court reserves ruling on the Government's remaining requests presented in the instant motion.

**DONE AND ORDERED** in Fort Myers, Florida, this 27th day of January, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record